**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THOMAS FITZGERALD BYRNE | ) | Bankruptcy Case No. 12-23553- EEB |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER AND NOTICE OF
CHAPTER 11 SCHEDULING CONFERENCE**

THIS MATTER comes before the Court *sua sponte*. The Court has conducted a preliminary review of the file and has determined that a Scheduling Conference should be set. At the conference the Debtor shall:

a) be prepared to inform the Court generally about the nature of Debtor's business and the reasons for filing bankruptcy;

b) be prepared to discuss generally the Debtor's intended plan for reorganization, changes in operations, insurance coverage, tax liability, restructuring of debt, use of cash collateral and other matters pertinent to the Debtor's business or reorganization;

c) be prepared to advise the Court regarding its operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case and any particularities of the case which require resolution;

d) be prepared to propose a schedule for the filing of a disclosure statement, plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization;

e) be prepared to advise the Court whether it anticipates filing a separate disclosure statement or a simply a plan that provides sufficient information that a separate disclosure statement is not necessary pursuant to 11 U.S.C. §1125(f)(1);

f) be prepared to advise the Court whether it is required to file the Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Official Form 26) pursuant to Fed.R.Bankr.P. 2015.3;

g)     advise the Court as to whether the Debtor is a "small business" pursuant to 11 U.S.C. § 101 (51C) and whether the case is a "single asset real estate case" as defined by 11 U.S.C. § 101 (51B); and

h)     if the Debtor is a "small business" pursuant to 11 U.S.C. §101 (51C), advise the Court whether it has filed and will continue to file a Small Business Monthly Operating Report (Official Form 25C) as required by 11 U.S.C. §308 and Fed.R.Bankr.P. 2015(a)(6).

IT IS THEREFORE ORDERED that:

a)     The Debtor shall appear on **Thursday, July 26, 2012 at 11:00 a.m., in Courtroom C501**, Byron Rogers Courthouse, 1929 Stout Street, Denver, CO 80294, for a <u>Scheduling Conference</u>. Failure of the Debtor to appear shall result in the setting of a hearing to show cause why appropriate sanctions should not be imposed for failing to appear, which sanctions may include dismissal of the case.

b)     Rules 9014 and 9016, Federal Rules of Bankruptcy Procedure, are applicable to this case.

c)     **The Debtor shall, forthwith, serve a copy of this Order on the United States Trustee, creditors, and other parties-in-interest, and file a certificate of service with the Court, evidencing same, prior to the scheduled hearing.**

Dated this 3rd day of July, 2012.

                                            BY THE COURT:

                                            */s/ Elizabeth E. Brown*
                                            Elizabeth E. Brown,
                                            United States Bankruptcy Judge