UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| THOMAS FITZGERALD BYRNE | ) | Case No. 12-23553 EEB |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER CONFIRMING DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED JULY 14, 2015**

      The Amended Plan of Reorganization dated July 14, 2015, ("Plan") under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on July 14, 2015, having come before the Court for confirmation, no objections remaining, the Court having considered the Debtor's offer of proof in support of confirmation, and the Court having review the file, finds and Orders as follows:

      1.    The Plan has been accepted in writing by the creditors whose acceptance is required by law; and alternatively that the standards for confirmation under 11 U.S.C. §1129(b) have been met;

      2.    The proponent of the Plan complies with the applicable provisions of the Code.

      3.    The provisions of Chapter 11 of the Code have been complied with.

      4.    The Plan has been proposed in good faith and not by any means forbidden by law.

      5.    Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date.

      6.    Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the Effective Date of the Plan, in an amount not less than the projected disposable income of the Debtor (as defined in §1325(b)(2) to be received during the five year period beginning on the date that the first payment is due under the Plan, or during the period for which the Plan provides payments, whichever is longer.

      7.    The Debtor, as an individual, has disclosed his continued ownership or participation in any business retained under the Plan.

      8.    All payments made or promised by the Debtor under the Plan or by any

other person for services or costs and expenses in or in connection with the Plan or incident to the case have been fully disclosed to the Court and are reasonable or if to be fixed after confirmation of the Plan will be subject to approval by the Court.

9. On the Effective Date, all property of the estate will vest in the Debtor free and clear of all liens and claims, except as otherwise provided in the Plan.

10. Confirmation of the Plan is not likely to be followed by the need for further financial reorganization of the Debtor or any successor to the Debtor under the Plan.

11. The standards for confirmation under 11 U.S.C.§1129 have been met.

12. The Debtor shall receive a discharge pursuant to 11 U.S.C. §1141(d) upon completion of all payments under the Plan, or such earlier time as is ordered by the Court.

IT IS ORDERED THAT the Amended Plan of Reorganization dated July 14, 2015 filed at docket number 267 is confirmed pursuant to 11 U.S.C. §1129(a) and (b). The terms of the Amended Plan of Reorganization are hereby approved and made an Order of the Court. All creditors and parties in interest are hereby bound by the terms of the Amended Plan of Reorganization.

IT IS FURTHER ORDERED THAT upon "substantial consummation" of the Plan as defined in 11 U.S.C. §1101(2) and upon the Debtor's request, the Court will close the Debtor's Bankruptcy Case. Upon completion of all payments under the Plan, the Debtor may file a Notice of Completion of Plan Payments and Request for Entry of Discharge accompanied by a detailed accounting of plan payments and a certificate of service upon all creditors and parties-in-interest, and the case will be re-opened pursuant to 11 U.S.C. §350 upon the Debtor's motion. Such notice shall provide that if there is no response within 21 days, a discharge may be entered without further notice under 11 U.S.C. §1141(d)(5)(A).

Dated this 22nd day of October, 2015.

BY THE COURT

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge